Joel E. Tasca, Esq.
Nevada State No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com

*Attorneys for Defendant
LendingClub Corp.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Christine Piccolo;<br><br>       Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Wells Fargo Bank, N.A.; LendingClub Corp.; and First Savings Bank.<br><br>       Defendant. | CASE NO. 2:21-cv-01069-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LENDINGCLUB CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Christine Piccolo ("Plaintiff") and Defendant LendingClub Corp. ("LendingClub")[1] stipulate and agree that LendingClub has up to and including September 5, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for LendingClub to prepare a response.

///

///

///

///

///

---

[1] By filing this Stipulation, LendingClub is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #41752088 v1

1    This is the first request for an extension, and is made in good faith and not for purposes of delay.

Dated this 13th day of August, 2021.

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*LendingClub Corp.* | By: /s/ Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff Christine Piccolo* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  August 16, 2021

DMWEST #41752088 v1