1 Patrick J. Reilly, Esq.
Nevada Bar No. 6103
2 BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
3 Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
4 Facsimile: (702) 382-8135
preilly@bhfs.com
5
*Attorneys for First Savings Bank*
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| CHRISTINE PICCOLO,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, N.A.; LENDING CLUB CORP; and FIRST SAVINGS BANK,<br><br>Defendants. | Case No.: 2:21-cv-01069-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |
|---|---|

## **STIPULATION**

Plaintiff Christine Piccolo ("Plaintiff"), by and through her counsel of record, Michael Kind, Esq., of Kind Law, and George Haines, Esq., of Freedom Law Firm, and, Defendant First Savings Bank ("FSB"), by and through its counsel of record, Patrick J. Reilly, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree as follows:

1. On June 7, 2021, Plaintiff filed her Complaint For Damages (the "Complaint").

2. On or about August 4, 2021, Plaintiff served a copy of the Complaint on FSB.

3. The current deadline for FSB to respond to Plaintiff's Complaint is August 25, 2021.

4. Plaintiff has agreed to grant an extension for FSB to answer, or otherwise respond to, the Complaint, to allow the parties to investigate the matter and discuss potential resolution.

5. FSB shall have up to, and including, September 24, 2021, in which to answer or

1

23032606.1

1  otherwise plead in response to Plaintiff's Complaint.

2    6. This stipulation is brought in good faith by all parties and not for purposes of delay.

3  This extension will not result in any undue delay in the administration of this case.

4    7. This is the first request for extension of time requested by the parties with respect to

5  responding to the Complaint.

6   DATED this 20th day of August, 2021.  DATED this 20th day of August, 2021.

*/s/Patrick J. Reilly*        */s/ Michael Kind*

Patrick J. Reilly, Esq.
BROWNSTEIN HYATT FARBER SCHRECK
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for First Savings Bank*

Michael Kind, Esq.
KIND LAW
8860 S. Maryland Parkway, Suite 106
Las Vegas, NV 89123

George Haines, Esq.
Gerardo Avalos, Esq.
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123

*Attorneys for Christine Piccolo*

**ORDER**

IT IS SO ORDERED.

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: August 23, 2021

23032606.1