1  Joel E. Tasca, Esq.
   Nevada State No. 14124
2  BALLARD SPAHR LLP
   1980 Festival Plaza Drive, Suite 900
3  Las Vegas, Nevada 89135
   Telephone: (702) 471-7000
4  Facsimile: (702) 471-7070
   tasca@ballardspahr.com
5
6  *Attorneys for Defendant*
   *LendingClub Corp.*

7              IN THE UNITED STATES DISTRICT COURT

8                 FOR THE DISTRICT OF NEVADA

| 9  Christine Piccolo;                                                                 | CASE NO. 2:21-cv-01069-GMN-DJA |
|---|---|
| 10             Plaintiff,                                                              |  |
| 11 v.                                                                                  | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LENDINGCLUB CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| 12 Experian Information Solutions, Inc.; Wells Fargo Bank, N.A.; LendingClub Corp.; and First Savings Bank. |  |
| 14             Defendant.                                                              | **(Second Request)** |

Plaintiff Christine Piccolo ("Plaintiff") and Defendant LendingClub Corp. ("LendingClub")[1] stipulate and agree that LendingClub has up to and including October 5, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for LendingClub to prepare a response.

///
///
///
///
///

---

[1] By filing this Stipulation, LendingClub is not waiving any defense, affirmative or otherwise, it may have in this matter.

DMWEST #41825865 v1

This is the second request for an extension, and is made in good faith and not for purposes of delay.

Dated this 7th day of September, 2021.

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*LendingClub Corp.* | By: /s/ Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff Christine Piccolo* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 8, 2021

2

DMWEST #41825865 v1