Joel E. Tasca, Esq.
Nevada State No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com

*Attorneys for Defendant
LendingClub Corp.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Christine Piccolo;<br><br>              Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Wells Fargo Bank, N.A.; LendingClub Corp.; and First Savings Bank.<br><br>              Defendant. | CASE NO. 2:21-cv-01069-GMN-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LENDINGCLUB CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Third Request)** |

Plaintiff Christine Piccolo ("Plaintiff") and Defendant LendingClub Corp. ("LendingClub")[1] stipulate and agree that LendingClub has up to and including October 19, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for LendingClub to prepare a response.

///

///

///

///

///

---

[1] By filing this Stipulation, LendingClub is not waiving any defense, affirmative or otherwise, it may have in this matter.

1     This is the third request for an extension, and is made in good faith and not for
2 purposes of delay.

3     Dated this 5th day of October, 2021.

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca | By: /s/ Michael Kind |
| Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant*<br>*LendingClub Corp.* | *Attorneys for Plaintiff Christine Piccolo* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 6, 2021

2

DMWEST #41825865 v2