George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Christine Piccolo*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Christine Piccolo, | Case No.: 2:21-cv-01069-GMN-DJA |
| Plaintiff, | **Stipulation of dismissal of Experian Information Solutions, Inc. with prejudice** |
| v. | |
| Experian Information Solutions, Inc.; Wells Fargo Bank, N. A.; Lending Club Corp.; and First Savings Bank, | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Christine Piccolo and Experian Information Solutions, Inc. stipulate to dismiss Plaintiff's claims against Experian Information Solutions, Inc. with prejudice.

///

///

STIPULATION                              - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 7, 2021.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Christine Piccolo*

**JONES DAY**

/s/ Katherine Neben
Katherine Neben, Esq.
3161 Michelson Dr. Suite 800
Irvine, CA. 92612

**NAYLOR & BRASTER**

/s/ Jennifer Braster
Jennifer Braster, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Counsel for Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

Dated this __8__ day of December, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

STIPULATION                                          - 2 -